FILED
CLERK, U.S. DISTRICT COURT

APR - 2 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )     Case No.: CR-07-144-ABC
11                      Plaintiff,     )
12          vs.                        )
13                                     )     ORDER OF DETENTION AFTER HEARING
                                       )     [Fed.R.Crim.P. 32.1(a)(6);
14  JOSE DE JESUS SANTOS               )      18 U.S.C. 3143(a)]
        ACOSTA                         )
15                      Defendant.     )
                                       )
16

17

18       The defendant having been arrested in this District pursuant to
19  a  warrant  issued  by  the  United  States  District  Court  for  the
20  Central District of California for alleged violation(s) of the terms and
21  conditions of his/her [probation] [supervised release]; and
22       The  Court  having  conducted  a  detention  hearing  pursuant  to
23  Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
24       The Court finds that:
25  A.     (✓)  The defendant has not met his/her burden of establishing by
26  clear and convincing evidence that he/she is not likely to flee
27  if released under 18 U.S.C. § 3142(b) or (c).  This finding is
28  based on absence of verified background information

1  *undocumented immigration stadus*

2

3

4  and/or

5  B.  [✓] The defendant has not met his/her burden of establishing by

6  clear and convincing evidence that he/she is not likely to pose

7  a danger to the safety of any other person or the community if

8  released under 18 U.S.C. § 3142(b) or (c). This finding is based

9  on: *defendants prior criminal history*

10

11

12

13

14      IT THEREFORE IS ORDERED that the defendant be detained pending

15  the further revocation proceedings.

16

17  Dated: *4/2/14*

18

19

20                              CARLA M. WOEHRLE

21                      UNITES STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28